**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| TRIDENTIS, LLC, | |
| *Plaintiff,* | |
| v. | |
| CITY OF ALEXANDRIA, | |
| *Defendant.* | |

### DECLARATION OF BRYAN WEIR

I, Bryan Weir, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am a partner at Consovoy McCarthy representing Tridentis, LLC in this action.

3. In this case, Tridentis, LLC seeks a temporary restraining order and preliminary injunction prohibiting Defendant, City of Alexandria, from opening or moving forward with the application process for the Alexandria BIPOC Small Business Grant Program. Tridentis has offered several exhibits to support that request.

4. Exhibit A is a true and correct copy of the City of Alexandria's website entitled "BIPOC Small Business Grant Program" as it appeared on Saturday, January 21. That website can be accessed here: https://perma.cc/W66N-G3ZF.

5. Exhibit B is a true and correct copy of the City of Alexandria's website entitled "Alexandria BIPOC Small Business Grant Program FAQ" displaying the answer to the question "How does the grant program and § 2.2-1604 Code of Virginia define BIPOC/minority-owned business?" as it appeared on Saturday, January 21. That website can be accessed here: https://perma.cc/3FTR-DUGJ.

6.      Exhibit C is a true and correct copy of the City of Alexandria's website for the "BIPOC Small Business Grant Program – Sample Application" as it appeared on Saturday, January 21. That website can be accessed here: https://perma.cc/C7TV-L3UY.

7.      Exhibit D is a true and correct copy of the English sample application for the BIPOC Small Business Grant Program as that application appeared on Saturday, January 21. The sample application can be downloaded here: https://perma.cc/C7TV-L3UY.

8.      Exhibit E is a true and correct copy of the City of Alexandria's website entitled "BIPOC Small Business Grant Program" as it appeared on Saturday, January 21. That website can be accessed here: https://perma.cc/62YX-T78F.

9.      Exhibit F is a true and correct copy of the declaration of David K. Jochum, dated Sunday, January 22.

10.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2023

_____
Bryan Weir